## Lewis McDaniel v. The State.

### No. 7092.   Decided June 7, 1922.

**Forgery—Affidavit—Withdrawal of Appeal.**

Where by proper affidavit, duly sworn to, appellant presented his request to withdraw his notice of appeal, and to accept sentence imposed upon him by trial court, the appeal is abated.

Appeal from the District Court of Taylor. Tried below before the Honorable W. R. Ely.

Appeal from a conviction of forgery; penalty, two years imprisonment in the penitentiary.

The opinion states the case.

No brief on file for appellant.

*R. G. Storey,* Assistant Attorney General, for the State.

LATTIMORE, Judge.—Appellant was convicted in the district court of Taylor county of the offense of forgery, and his punishment fixed at two years in the penitentiary.

By affidavit duly sworn to appellant presents to us his request that he be allowed to withdraw his notice of appeal and to accept sentence imposed upon him in the trial court. The request is granted; it is ordered that the appeal herein be abated.

*Abated.*